

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**JAMES W SCOTT**  CASE: 18-CV-60178-ALTONAGA/SELTZER

*Plaintiff.*

vs

**EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.**
*Defendants*

## MOTION TO REDACT PERSONAL IDENTIFIERS AND RESTRICT PUBLIC ACCESS

Pursuant to the F.R.C.P. 5.2, Plaintiff respectfully requests to have his un-redacted exhibits replaced with the redacted versions.

1. Plaintiff filed the Complaint on January 26, 2018.
2. Plaintiff inadvertently introduced the un-redacted exhibits into the case as opposed to the Pre-redacted exhibits by mistake.
3. Plaintiff noticed the mistake immediately after filing and is filing this motion to correct it.

WHEREFORE, Plaintiff respectfully requests the Court to strike or remove the originally filed un-redacted exhibits and allow the redacted versions to be filed in their place.

Dated: January 29, 2018

Respectfully Submitted,

_____
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
Jwsscott777@gmail.com
**954-540-0408 cellphone**

REDACTED

# EXHIBIT 1

James W Scott
3457 Deercreek Palladian Circle
DeerField Beach, Florida 33442
S.S. #      5033 / D.O.B.      1968

Experian                                              Sept 20, 2017
P.O. Box 2002
Allen, TX 75013

**Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).**

To Whom it may concern:

Please send me in writing <u>ALL INFORMATION</u> in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,

James W Scott

**Attached**: Copy of my Social Security Card & Drivers License is attached.
Sent: USPS Certified Mail # 70120470000088853665
Return receipt requested

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
S.S. # _ _ _ _ 5033 / D.O.B.    '1968

Sept 20, 2017

Equifax
P.O. Box 740256
Atlanta, GA 30374

**Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).**

To Whom it may concern:

Please send me in writing **ALL INFORMATION** in my consumer file at Equifax as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Equifax.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Equifax.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Equifax used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Equifax in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Equifax.

Thank you in advance for promptly satisfying this request.

Thank You,

James W Scott

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent: USPS Certified Mail # 70120470000088853658
Return receipt requested

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
S.S          -5033 / D.O.B       1968

Sept 20, 2017

Trans Union
P.O. Box 2000
Chester, PA 19022

**Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).**

To Whom it may concern:

Please send me in writing <u>ALL INFORMATION</u> in my consumer file at Trans Union as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Trans Union.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Trans Union.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Trans Union used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Trans Union in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Trans Union.

Thank you in advance for promptly satisfying this request.

Thank You,

*[signature]*

James W Scott

**Attached**: Copy of my Social Security Card & Drivers License is attached.
Sent: USPS Certified Mail # 70120470000088853627
Return receipt requested

REDACTED

# EXHIBIT 2

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
S.S.#      -5033 / D.O.B.      1968

October 21, 2017

Experian
P.O. Box 2002
Allen, Texas 75013

### Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

_____
James W Scott
**Attached**: Copy of my Social Security Card & Drivers License is attached.
Sent: USPS Certified Mail # 70120470000088853931
Return receipt requested

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
S.S.#      -   -5033 / D.O.B.      '1968

October 21, 2017

Equifax
P.O. Box 740256
Atlanta, GA 30374

### Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

_____
James W Scott
**Attached**: Copy of my Social Security Card & Drivers License is attached.
Sent: USPS Certified Mail # 70120470000088853948
Return receipt requested

James W Scott<br>
3457 Deercreek Palladian Circle<br>
Deerfield Beach, Florida 33442<br>
S.S.#.       -5033 / D.O.B.       1968

October 21, 2017

Trans Union<br>
P.O. Box 2000<br>
Chester, PA 19022

### Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

_____<br>
James W Scott<br>
**Attached**: Copy of my Social Security Card & Drivers License is attached.<br>
Sent: USPS Certified Mail # 70120470000088853924<br>
Return receipt requested