AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

James W Scott
_____
Plaintiff(s)

v.

Trans Union, LLC
_____
Defendant(s)

Civil Action No. 18-cv-60178
Altonaga/Seltzer

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661

Registered Agent: The Prentice Hall Corporation System, INC
1201 Hays Street
Suite 105
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 29, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JAmes W. Scott <br> _Plaintiff(s)_ <br> v. <br> EQUIFAX, INC <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-60178 <br> ALTONAGA / Seltzer |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
EQUIFAX, INC
1550 Peachtree Street
Atlanta, GA 30309

Registered Agent: The Prentice Hall Corporation System, INC.
1201 Hays Street
Suite 105
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James W. Scott
3457 Deercreek Paladin Circle
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 29, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JAMES W. SCOTT
_____
Plaintiff(s)

v.

Experian Information Solutions, Inc
_____
Defendant(s)

Civil Action No. 18-CV-60178
ALTONAGA/Seltzer

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Experian Information Solutions, Inc.
475 Anton Blvd
Costa Mesa, CA 92626

Registered Agent: CT Corporation System
1200 South Pine Island RD.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 29, 2018

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court