UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60178-CIV-ALTONAGA/Seltzer

JAMES W. SCOTT,

    Plaintiff,
v.

EXPERIAN INFORMATION SOLUTIONS, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion to Redact Personal Identifiers and Restrict Public Access [ECF No. 5]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk is instructed to remove the exhibits attached to Plaintiff's Complaint (ECF No. 1, pages 9-15) from the public docket. Plaintiff shall file his Complaint with redacted copies of the exhibits by **February 2, 2018**.

**DONE AND ORDERED** in Miami, Florida this 29th day of January, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**