## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-60178

Plaintiff:
**JAMES W. SCOTT,**

vs.

Defendant:
**EQUIFAX, INC.,**



For:
James Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

Received by Vause's Process Service on the 9th day of February, 2018 at 10:30 am to be served on **Equifax, Inc. c/o The Prentice-Hall Corporation System, Inc. as Registered Agent, 1201 Hays St., Tallahassee, FL 32301**.

I, Robyn Buda, do hereby affirm that on the **9th day of February, 2018** at **2:40 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Civil Cover Sheet, Summons, Complaint for Violations of the FCRA, and Exhibits** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Kara Stover** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **The Prentice-Hall Corporation System, Inc. as Registered Agent for Equifax, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

_____
**Robyn Buda**
ID#247 2nd Circuit

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: VPS-2018001353

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2d