UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60178-CIV-ALTONAGA/Seltzer

**JAMES W. SCOTT**,

      Plaintiff,
v.

**EXPERIAN INFORMATION SOLUTIONS**, *et al.*,

      Defendants.
_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **March 16, 2018**. In addition, by **March 16, 2018**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 21st day of February, 2018.

                                                            **CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Plaintiff

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge Seltzer as interested parties unless they have an interest in the litigation.