UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:18-CV-60178-ALTONAGA/SELTZER

JAMES W SCOTT

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; EQUIFAX, INC
    Defendants    /



FILED BY _____ D.C.
FEB 2 8 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, Plaintiff, James W Scott affirms that no subsidiaries, conglomerates, affiliates, parent corporations or publicly held corporations owning 10% or more stock are owned by Plaintiff.

Plaintiff identifies the following parties:

1. Experian Information Solutions, Inc
   P.O. Box 2002
   Allen, TX 75013
2. TransUnion, LLC
   P.O. Box 2000
   Chester, PA 19022
3. Equifax, Inc
   P.O. Box 740256
   Atlanta, GA 30374

Dated: February 28, 2018

Respectfully submitted

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com