IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

**CASE NO. 0:18-CV-60178-CMA**

JAMES W. SCOTT,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and EQUIFAX, INC.,

        Defendants.
_____/

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Trans Union LLC ('Trans Union"), and hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A.    James W. Scott, Pro Se Plaintiff;

    B.    Trans Union LLC, Defendant;

    C.    Franklin G. Cosmen, Jr. of Quintairos, Prieto, Wood & Boyer P.A., Counsel for Defendant Trans Union LLC;

    D.    Experian Information Solutions, Inc., Defendant;

    G.    Equifax, Inc., Defendant;

    H.    Parent Companies:  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity.  Investment funds affiliated with of Goldman Sachs Group, Inc., a publicly traded entity, own more than 10% of TransUnion's stock.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, also own more than 10% of TransUnion's stock.

1

2

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   None known at this time.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

        Respectfully submitted,

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**
Florida Bar No. 0089214
**QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida  33156
Telephone: (305) 670-1101
Facsimile:  (305) 670-1161
Email: fcosmen@qpwblaw.com

*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
(954) 540-0408
jwsscott777@gmail.com
*Pro Se Plaintiff*

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**