UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:18-cv-60178-CMA

JAMES W. SCOTT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. et al.,

    Defendants.
_____/

## DEFENDANT EQUIFAX INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Inc., by Counsel, hereby submits the following certificate of interested persons and corporate disclosure statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    James W. Scott, Plaintiff

    James W. Scott
    3457 Deercreek Palladian Circle
    Deerfield Beach, FL 33442

    Experian Information Solutions Inc., Defendant

    Trans Union LLC, Defendant

    Franklin Gordon Cosmen , Jr.
    Quintairos Prieto Wood & Boyer P.A.
    9300 S. Dadeland Blvd
    4th Floor
    Miami, FL 33156

Phyllis B. Sumner and J. Anthony Love are trial counsel for Equifax Inc.

King & Spalding LLP, counsel for Equifax Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Other than the Plaintiff in this lawsuit, Equifax Inc. is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted this 1st day of March, 2018.

By: /s/ J. Anthony Love
J. Anthony Love
Florida Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com

Counsel for Defendant Equifax Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served via the court's CM/ECF system on the following counsel of record in this case:

Franklin Gordon Cosmen , Jr.
Quintairos Prieto Wood & Boyer P.A.
9300 S. Dadeland Blvd
4th Floor
Miami, FL 33156

And via U.S. Mail to:

James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

This 1st day of March, 2018.

*/s/ J. Anthony Love*
J. Anthony Love