UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| JAMES W. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 0:18-cv-60178-CMA |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

- 2 -

3.  Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  March 5, 2018                                  Respectfully submitted,

/s/ *Erika S. Whyte*
Erika S. Whyte
Florida Bar No. 91133
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799
ewhyte@jonesday.com

*Counsel for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018, I electronically filed a true and correct copy of the foregoing Corporate Disclosure Statement with the Clerk of the Court using CM/ECF. I also certify that I served a true and correct copy of the foregoing Corporate Disclosure Statement on all counsel or parties of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that I served a true and correct copy of the foregoing Corporate Disclosure Statement by mail to the Plaintiff at the following address:

> James W. Scott
> jwsscott777@gmail.com
> 3457 Deercreek Palladian Circle
> Deerfield Beach, FL 33442
> 954-540-0408
> *Pro Se Plaintiff*

*/s/ Erika S. Whyte*
Erika S. Whyte
