**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JAMES W. SCOTT,                          )
                                         )
      Plaintiff,                   )
                                         )
      v.                           )     CASE NO. 0:18-cv-60178-CMA
                                         )
EXPERIAN INFORMATION                     )
SOLUTIONS, INC.; TRANS UNION             )
LLC; EQUIFAX, INC.,                      )
                                         )
      Defendants.                  )
                                         )

**<u>JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER</u>**

Plaintiff James W. Scott and Defendants Experian Information Solutions, Inc., Trans Union LLC, and Equifax, Inc., (collectively referred to as the "Parties") file this Joint Motion for Entry of Stipulated Protective Order ("Motion") and would show the Court as follows:

1.     Plaintiff James W. Scott filed the instant lawsuit against Defendants Experian Information Solutions, Inc., Trans Union LLC, Equifax, Inc. on January 26, 2018. *See* Docket No. 1.

2.     On March 16, 2018, the Parties filed a Joint Conference Report and Joint Proposed Scheduling Order, agreeing to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1) by April 9, 2018. *See* Docket No. 27.

3.     The Parties agree that the documents and information relevant to the claims and defenses in this matter include, but are not limited to, trade secrets and confidential or proprietary information belonging to the Defendants and/or personal income, credit and other confidential information of Plaintiff.

4.     Consequently, in order to protect the use, handling and disclosure of any such information that is produced or provided in this matter, the Parties request that the Court enter the Stipulated Protective Order attached hereto.

6.     All Parties agree to the form and substance of the Stipulated Protective Order attached hereto, as evidenced by the signatures below.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Motion, and enter the Stipulated Protective Order attached hereto.

Dated: April 9, 2018                          Respectfully submitted,

*s/James W. Scott*
James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
(954) 540-0408
jwsscott777@gmail.com
*Pro Se Plaintiff*

*s/Erika S. Whyte*
Erika S. Whyte
Florida Bar No. 91133
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799
ewhyte@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

*s/Franklin G. Cosmen*
Franklin G. Cosmen
Florida Bar No. 0089214
QUINTAIROS, PRIETO, WOOD & BOYER P.A.
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: (305) 670-1101
Facsimile: (305) 670-1161
fcosmen@qpwblaw.com
*Counsel for Defendant Trans Union LLC*

*s/J. Anthony Love*
J. Anthony Love
Florida Bar No. 67224
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com
*Counsel for Defendant Equifax Inc.*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 9, 2018, I electronically filed a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Protective Order with the Clerk of the Court using CM/ECF.  I also certify that I served a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Protective Order on all counsel or parties of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.  I further certify that I served a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Protective Order by mail and email to the Plaintiff at the following address:

James W. Scott
jwsscott777@gmail.com
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
954-540-0408
*Pro Se Plaintiff*

*/s/ Erika S. Whyte*
Erika S. Whyte

4