UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JAMES W. SCOTT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.,

    Defendants.

CASE NO. 0:18-cv-60178-CMA

**NOTICE OF MEDIATOR SELECTION**

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation and Referring Certain Matters to Magistrate Judge [D.E. 28], Plaintiff, JAMES W. SCOTT, and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC. hereby notify the Court that they have selected Laurie L. Reimer to serve as the mediator in this matter. The mediation will occur on September 25, 2018, at 10:00 a.m., at the Mediation Offices of Laurie L. Reimer, Esq., 20155 NE 38th Court, #3104, Aventura, FL 33180.

Dated: April 9, 2018

Respectfully submitted,

<u>s/James W. Scott</u>
James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
(954) 540-0408
jwsscott777@gmail.com
*Pro Se Plaintiff*

<u>s/Erika S. Whyte</u>
Erika S. Whyte
Florida Bar No. 91133
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:   (305) 714-9799
ewhyte@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

<u>s/Franklin G. Cosmen</u>
Franklin G. Cosmen
Florida Bar No. 0089214
QUINTAIROS, PRIETO, WOOD & BOYER P.A.
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: (305) 670-1101
Facsimile: (305) 670-1161
fcosmen@qpwblaw.com
*Counsel for Defendant Trans Union LLC*

<u>s/J. Anthony Love</u>
J. Anthony Love
Florida Bar No. 67224
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com
*Counsel for Defendant Equifax Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Protective Order with the Clerk of the Court using CM/ECF. I also certify that I served a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Protective Order on all counsel or parties of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that I served a true and correct copy of the foregoing Joint Motion for Entry of Stipulated Protective Order by mail and email to the Plaintiff at the following address:

James W. Scott
jwsscott777@gmail.com
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
954-540-0408
*Pro Se Plaintiff*

                                                          */s/ Erika S. Whyte*
                                                          Erika S. Whyte