| | |
|---|---|
| **JAMES W. SCOTT** | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF FLORIDA |
| PLAINTIFF(S), | |
| vs. | CASE NO.: 0:18-cv-60178 |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al** | NOTICE OF APPOINTMENT OF MEDIATOR, AND SCHEDULED |
| DEFENDANT(S), | CONFERENCE DATE |
| | FLORIDA BAR NO. 354929 |

YOU ARE NOTIFIED that the undersigned is the Certified Mediator stipulated to in this action pursuant to F.S. 44.1011-201 and the applicable Fla.R.Civ.P.

The Mediation Conference has been set to be heard on the **25th day of September 2018**, commencing at **10:00 A.M.** at the offices **Riemer Insurance, 217 East Hallandale Beach Blvd., Hallandale, FL 33009.** The agreed rate of compensation shall be $225.00 per party / per hour. Counsel and their respective parties agree that the mediator will be compensated for all mediation services, including scheduling, travel, preparation and follow up work, time, attorneys' fees and costs incurred in collection of fees, responding to subpoenas, discovery requests, filing court papers or attending any court proceeding. There is a two-hour minimum which is due seven (7) days prior to the conference. If there is a settlement, schedule change or cancellation made less than seven (7) business days before the scheduled mediation conference, then the minimum fee shall be charged to the party or apportioned equally among the parties responsible for the cancellation. Counsel for each party is responsible for financial arrangements with their clients and timely payment of said fees. Counsel and the parties agree to be jointly and severally responsible for their portion of the mediator's fee at the conclusion of each conference. Interest on any unpaid balances shall be at ten percent per annum.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice has been mailed and emailed on the **10th day of April, 2018,** to: **James W. Scott**, jwsscott777@gmail.com , 3457 Deercreek Palladian Circle, Deerfield Beach, FL 33442; **John Anthony Love, Esq.,** tlove@kslaw.com, KING & SPALDING, 1180 Peachtree Street NE, Atlanta, GA 30309; **Frank Cosmen, Esq.,** fcosmen@qpwblaw.com, QUINTAIROS, PRIETO, WOOD & BOYER, PA, 9300 S Dadeland Blvd 4th Floor, Miami, FL 33156; **Erika Whyte, Esq.,** ewhyte@jonesday.com, JONES DAY, 600 Brickell Ave, Suite 3300, Miami, FL 33131.

Laurie L. Riemer, Esquire, Mediator/Arbitrator
20155 Northeast 38th Court, #3104
Aventura, Florida 33180
(305) 932-2200   Fax: (305) 792-2061
Email: Lriemer@riemermediation.com