# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**JAMES W SCOTT**

    *Plaintiff*

vs

**EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.**
    *Defendants*

CASE: 18-CV-60178-ALTONAGA/SELTZER



FILED BY ___ D.C.
APR - 4 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff requests leave of the Court to file an Amended Complaint to add an additional party and clarify claims made.

### A. INTRODUCTION

1. Plaintiff is James W. Scott; Defendants are Experian Information Solutions, Inc. (Experian), Equifax, Inc. (Equifax) and Trans Union, LLC (Trans Union).

2. Plaintiff sued Defendants for violations of the FCRA.

3. Defendants Experian and Equifax have filed an Answer while Trans Union filed a Motion to Dismiss which is pending before the Court.

### B. ARGUMENT

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Forman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); Walton v. Mental Health Ass'n, 168 F.3d 661, 665, (3d Cir. 1999).

5. The Court should allow the filing of Plaintiff's amended pleading because it properly



corrects deficiencies in Plaintiff's Original Complaint and allows a necessary party to be added to this action.

6. Defendants will not prejudiced by Plaintiff's amended pleading.

7. Plaintiff is attaching his amended pleading to this Motion.

8. None of the Defendants oppose this Motion.

### C. CONCLUSION

9. The Plaintiff has amended his Original Complaint to clarify issues presented and to add a necessary additional party to this action. Plaintiff requests the Court to grant leave to file the Amended Complaint.

Dated: April 4, 2018

Respectfully Submitted,

_____
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
Jwsscott777@gmail.com
**954-540-0408 cellphone**

### LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned Plaintiff certifies that he has conferred with Defendant(s) in a good faith effort about this motion and Defendant(s) have indicated that they do not oppose the relief requested.

Dated: April 4, 2018

James W. Scott _____

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I filed the foregoing with the Clerk of the Court conventionaly. I also certify that the foregoing document is being sent by USPS to the following:

## SERVICE LIST

Franklin G. Cosmen, Jr.
Quintairos, Prieto, Wood & Bower P.A.
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: 305-670-1101
Email: fcosmen@qpwblaw.com
Counsel for Trans Union

John Anthony Love
King & Spalding
1180 Peachtree Street NE
Atlanta, GA 30309
404-572-4600
tlove@kslaw.com
Counsel for Equifax

Erika S. Whyte
Florida Bar No. 91133
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799
ewhyte@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

Dated: April 4, 2018

_____
James W Scott