UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60178-CIV-ALTONAGA/Seltzer

**JAMES W. SCOTT**,

    Plaintiff,
v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, James Scott's Motion for Leave to File Amended Complaint [ECF No. 38], filed April 4, 2018. Plaintiff seeks leave to file an Amended Complaint [ECF No. 37] to properly correct deficiencies in his original Complaint [ECF No. 9] and allow a necessary party to be added to this action: Defendant, Equifax Information Services, LLC. (*See* Mot. Leave ¶ 5). Plaintiff states Defendants do not oppose his Motion. (*See id.* ¶ 8).

On March 1, 2018, Defendant, Trans Union LLC, filed a Motion to Dismiss [ECF No. 20], directed at Plaintiff's original Complaint, filed January 30, 2018. The Amended Complaint would render the original Complaint inoperable, and the Motion to Dismiss moot.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion for Leave to File **[ECF No. 38]** is **GRANTED**. The Motion to Dismiss [**ECF No. 20**] is **DENIED as moot**. Plaintiff is reminded he has until April 26, 2018 to serve the newly added Defendant, Equifax Information Services, LLC, and file proof of service. Defendants have until the earlier of 14 days after Equifax

CASE NO. 18-60178-CIV-ALTONAGA/Seltzer

Information Services, LLC is served, or May 10, 2018, to file a combined response or separate answers to the Amended Complaint.

**DONE AND ORDERED** in Miami, Florida, this 11th day of April, 2018.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record; Plaintiff, *pro se*