## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-60178-CIV-ALTONAGA/Seltzer

**JAMES W. SCOTT**,

      Plaintiff,

v.

**EXPERIAN INFORMATION
SOLUTIONS, INC.**, *et al.*,

      Defendants.

_____/

### <u>ORDER</u>

**THIS CAUSE** came before the Court *sua sponte*.   On April 12, 2018, the Court entered

an Order [ECF No. 39] requiring Defendants, Experian Information Solutions, Inc., Trans Union

LLC, Equifax, Inc., and Equifax Information Services, LLC ("EIS"), to respond to Plaintiff's

Amended Complaint [ECF No. 37] with "a combined response or separate answers."   (April 12,

2018 Order 2).   Despite this instruction, on April 30, 2018, Equifax and EIS filed a joint Motion

to Dismiss [ECF No. 44], while Trans Union filed a separate, highly repetitive, Motion to Dismiss

[ECF No. 42].[1]

To better manage the orderly progress of the case, a single combined motion shall be filed.

Limiting redundant and repetitive filings was precisely what the Court was seeking to achieve by

its instruction, one the parties did not heed.   The combined filing does not preclude the

opportunity for all parties to present their own arguments.   Should the parties diverge in their

analyses, they may present their respective arguments in subsections within the combined motion.

Accordingly, the Motions to Dismiss **[ECF Nos. 42 & 44]** are **DENIED without**

**prejudice**.   Trans Union, Equifax, and EIS shall submit a single combined response — or

---

[1] Experian properly filed its own separate Answer [ECF No. 43].

CASE NO. 18-60178-CIV-ALTONAGA/Seltzer

separate answers as appropriate — by **May 3, 2018**.

    **DONE AND ORDERED** in Miami, Florida, this 30th of April, 2018.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2