# EXHIBIT 1

```
=========================================================
= TIMESTAMP: 20-Jan-2016 15:37
= ACIS FUNCTION: AUTO MAINTENANCE
=========================================================
*****************************************************************************
SCOTT, JAMES, W, ,   SINCE 01/20/2016  FAD 01/20/2016
                     LAUDERDALE FL, 33309, , T, 05/1999, , 01/2016,
                     LAUDERDALE FL, 33304, , C, 03/2013, , 01/2016,
                          FORT LAUDERDALE FL, 33304, , C, 07/2012, , 01/2016,
                     BOCA RATON FL, 33428, , C, 01/1998, , 12/2015, 5614705462
, ,BDS-      1968, SSN-     5033, ,
-----------------------------------------------------------------------------
Consumer Referral Location-002
        REGION 402 EQUIFAX INFORMATION SERVICES LLC
        1550 PEACHTREE STREET MD H13,ATLANTA,GA,30309,800/685-1111
-----------------------------------------------------------------------------
*****************************************************************************
ES-MECHANIC, WES SCOTT CYCLES, , , , , ,


SUM-042000-012016, PR/OI-NO, FB-YES, ACCTS:10, HC-$0-14110, , 10-ONE

PUBLIC RECORDS OR OTHER INFORMATION
 02/2014  COLL  05/2013 178YC12931  FOR  SUNTRUST BANK,   $204, 02/2014 UNPAID
        BAL-02/2014   BAL- $204,   PURGE: 08/2010, I,     7765
 08


 11/2014  COLL  01/2010 180YC02090  FOR  WEST BOCA MEDIC,   $1000, 11/2014 UNPAID
        BAL-11/2014   BAL- $1000,   PURGE: 10/2009, I,     1482
 02
CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
CONSUMER DISPUTES AFTER RESOLUTION
 12/2015  COLL  01/2010 402YC22850  FOR  WEST BOCA EKG A,   $75, 12/2015 UNPAID
        BAL-12/2015   BAL- $75,   PURGE: 10/2009, I,     7400
 02


 03/2010  COLL  12/2009 465YC00093  FOR  IMAGING ASSOCIA,   $126, 03/2010 UNPAID
        BAL-03/2010   BAL- $126,   PURGE: 10/2009, I,     1222
 02


 INQS-SUBJECT SHOWS 16 INQUIRIES SINCE 10/2015
     ACIS      6020048688  915AA01354  EQUIFAX               01/20/2016 FL        DISPUTE
     ACIS      6020048688  915AA00828  EQUIFAX AUTO MTNC UP  01/20/2016 XX        MTNCUPD
     ACIS      6020049727  915AA01354  EQUIFAX               01/20/2016 FL        DISPUTE
     CR        CMG MORTGA  243ZB00420  CREDIT PLUS           01/13/2016
     ND                    163ZC00176  CREDIT KARMA, INC     01/11/2016
     AR        BRIGHT      402FC21472  BRIGHTSTAR CREDIT UN  01/05/2016
     CR        CMG MORTGA  243ZB00420  CREDIT PLUS           01/05/2016
     CR        CMG MORTGA  243ZB00420  CREDIT PLUS           12/30/2015
     CR        PINNACLE R  682ZB05428  REALPAGE INC          12/29/2015
     CR        FCI RESIDE  682ZB05428  REALPAGE INC          12/29/2015
     CR        FCI RESIDE  682ZB05428  REALPAGE INC          12/18/2015
     AR        EIS/        484BB04633  CAPITAL ONE           12/17/2015
     CR        FBC MORTGA  180ZB06603  CERTIFIED CREDIT      12/13/2015
     PRM       EIS/        372DZ00121  COMENITYCAPITAL/GAME  10/28/2015
     PRM                   243FP42982  ONEMAIN FINANCIAL     10/19/2015
     CR                    243ON00945  CCB/PPC               10/13/2015
     PRM       EIS/        362BB01353  CITI CARDS CBNA       09/29/2015
     ND                    401AA00923  EQXNCATT              09/04/2015
```

```
    PRM        EIS/         362BB01353    CITI CARDS CBNA        09/01/2015
    AR                      402FC19154    BRIGHTSTAR CREDIT UN   09/01/2015
    CR                      650ON10037    USAA FSB CC            08/20/2015
    PRM                     243FP42982    ONEMAIN FINANCIAL      06/26/2015
    PRM ONL                 163BB33063    WF CRD SVC             04/03/2015
    PRM                     088OC00041    DSRM NATIONAL BANK /   03/18/2015
    PRM                     146DZ00264    COMENITY CAPITAL/HSN   03/03/2015
    CR                      484BB04591    CAPITAL ONE BANK USA   12/21/2014
    ND                      401AA00923    EQXNCATT               12/05/2014
    ND                      401AA00923    EQXNCATT               09/10/2014
    CR                      181RZ00582    REXMERE LAKE VILLAGE   07/11/2014
    CR                      650BB13731    USAA FSB #1025624-00   07/09/2014
    CR         CHOICE MOR   496ZB00558    UNIVERSAL CREDIT SER   06/30/2014
    CR                      650BB13731    USAA FSB #1025624-00   06/27/2014
1, ID SCAN: UNABLE TO PERFORM PHONE VALIDATION DUE TO INSUFFICIENT PHONE INPUT
1, ID SCAN: INCOMPLETE SCAN - LIMITED DATA SOURCES AVAILABLE
```

```
FIRM/                    RPTD/  OPND/  HI CREDIT CRED LIM/ BAL/     PAST DUE  CS MR ECOA DLP
MORTGAGE ID #            CLOSED MAJ RPT /ACT PAY  SCHD PAY CHRG OFF /TERMS    TP ACT
----------------------------------------------------------------------------------------
AVANT INC 112015 062015  2000                           I1 4 I 11/2015
                                 118 118          24M M 01
         DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
         11/2015   *
         BAL AMT    BAL PAY DT  DEF PAY DT CC

                                 ACCT#    8572

         UNSECURED

----------------------------------------------------------------------------------------
BRIGHTSTAR CU MASTER 012016 012015  507 500              R1 11 I 01/2016
                                 800                     M 2A
         DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
         01/2016
         BAL AMT    BAL PAY DT  DEF PAY DT CC

                                 ACCT#         0149

         ACCOUNT HISTORICAL DATA SUPPRESSED
         REMOVES COMPLIANCE CONDITION CODES
         SECURED CREDIT CARD
DEROG TRADE HISTORY
11/2015-1
----------------------------------------------------------------------------------------
BRIGHTSTAR CU MASTER 022015 122014  0 500               R1 2 I
                          01/2015                         M 2A B
         DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
                          *
         BAL AMT    BAL PAY DT  DEF PAY DT CC

                                 ACCT#         9406

         REMOVES COMPLIANCE CONDITION CODES
         CLOSED OR PAID ACCOUNT/ZERO BALANCE
         ACCOUNT CLOSED BY CREDIT GRANTOR

----------------------------------------------------------------------------------------
CAPITAL ONE BANK USA 012016 122014  327 300             R1 12 I 01/2016
                                 2                       M 18
         DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
         01/2016   *
         BAL AMT    BAL PAY DT  DEF PAY DT CC
```

```
                              ACCT#        ▇4221
        CREDIT CARD

--------------------------------------------------------------------------
  CARMAX AUTO FINANCE 112014 082004  14110                     I1 65 J 01/2010
                   01/2010         250                62M M 00 B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        01/2010
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#▇▇B532
        CONSUMER DISPUTES AFTER RESOLUTION
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        AUTO

DEROG TRADE HISTORY
01/2010-2 12/2009-1
--------------------------------------------------------------------------
  PIONEER/MAC INC 122015 022013  4000                         I1 34 I 12/2015
                         165 165         36M M 01
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        12/2015
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#        ▇0091
        CONSUMER DISPUTES-REINVESTIGATION IN PROCESS

--------------------------------------------------------------------------
  SNAP-ON CREDIT 032007 042000  2493                           I1 46 I 03/2007
                   03/2007             90        36M W 02 B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        03/2007   *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#    ▇5995
        CLOSED OR PAID ACCOUNT/ZERO BALANCE

--------------------------------------------------------------------------
  SPRINGLEAF 122015 082015  4039                               I1 4 I 12/2015
                         154 154         42M M 20
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        12/2015   *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#        ▇1290

--------------------------------------------------------------------------
  SYNCB/LOWES 062015 052001  3096 100                         R1 99 I 09/2005
                   03/2009                           M 07 B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        09/2005   *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#        ▇4448
        CLOSED OR PAID ACCOUNT/ZERO BALANCE

--------------------------------------------------------------------------
  USAA SAVINGS BANK 012016 082015  2134 2000                  R1 3 I 01/2016
                         232 15              M 18
```

```
    DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
    01/2016
    BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#███████████4703
      ACCOUNT HISTORICAL DATA SUPPRESSED
      CREDIT CARD

DEROG TRADE HISTORY
11/2015-1
--------------------------------------------------------------------------------
 *********          End Of ACRO FILE         *********
```

MAINTENANCE SHEET SUMMARY

Date Received: 01/19/2016  Date to Mtnc: 01/20/2016  Priority: Other
Consumer: SCOTT, JAMES  Team ID: IMT  Case ID: 6020048688

ORG NM- SCOTT,JAMES,W,,,
UPD NM- SCOTT,JAMES,W,,,
ORG ID- 5033,████1968, ,
Comments-RR+ 8012B00982 TRACY 01/19/2016 ,CCH,01/20/16
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG CA- ████FORT LAUDERDALE,FL,33309,05/1999, , -- .
UPD CA- ████FORT LAUDERDALE,FL,33309, , , -- .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG FA- ████FORT LAUDERDALE,FL,33304,03/2013, , -- .
UPD FA- ████FORT LAUDERDALE,FL,33304, , , -- .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG F2- ████FORT LAUDERDALE,FL,33304,07/2012, , , -- .
UPD F2- ████FORT LAUDERDALE,FL,33304, , , -- .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG F3- ████BOCA RATON,FL,33428,01/1998, , , -- .
UPD F3- , , , , -- .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG ES- MECHANIC,WES SCOTT CYCLES,, , ,.
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 12/2015, BRIGHTSTAR CU MASTER,R1, -- ,11,I,01/2015,169-041- ,507, 97, ,12/2015,
ORG TX- , , 500,M, 800,12/2015,2A, ,01/2016,
UPD TC- , BRIGHTSTAR CU MASTER, , -- , , , -043- , 5, ,

```
UPD TP- RO-12/2015,R1-11/2015,RO-10/2015,RO-09/2015,RO-08/2015,RO-07/2015,RO-06/2015,RO-05/2015,RO-04/2015,RO-03/2015,RE-02/2
.
ORG TD- 11/2015,  507,  38,    ,09/01/2015,  507,  500,  10,2A, ,   -  -  -  .
        10/2015,  494,  20,    ,09/01/2015,  494,  500,    ,2A, ,   -  -  -  .
        09/2015,  455,  10,  50,09/01/2015,  485,  500,    ,2A, ,   -  -  -  .
        08/2015,  258,    , 320,08/01/2015,  485,  500,    ,2A, ,   -  -  -  .
        07/2015,  485,  20,    ,06/01/2015,  485,  500,    ,2A, ,   -  -  -  .
        06/2015,  481,  10, 100,06/01/2015,  481,  500,    ,2A, ,   -  -  -  .
        05/2015,  454,  20,    ,04/01/2015,  454,  500,    ,2A, ,   -  -  -  .
        04/2015,  450,  10,  50,04/01/2015,  450,  500,    ,2A, ,   -  -  -  .
```

EIS-SCOTT-000006

```
03/2015,    423,    10,        ,--/--/----,      423,    500,              2134,      1944,     ,    ,2A,  , -  -  -  - .        ,11/2015,
02/2015,    0,       ,         ,--/--/----,      0,      500,                  232,11/2015,,18, ,  ,2A,  , -  -  -  - .
01/2015,    0,       ,         ,--/--/----,      0,      500,                                   ,2A,  , -  -  -  - .        ,01/2016,
Comments-DOCS RECEIVED -- ACCEPTED ,CCH,01/20/16
          BALANCE UPDATED ,CCH,01/20/16
Maintenance Action: UPDATE This Segment
Historical Data Action: DELETE Historical Data
Consumer Comments-
THE BALANCE OF THIS ITEM HAS BEEN UPDATED.,CCH,01/20/16
HISTORICAL ACCOUNT INFORMATION WAS DELETED FROM THIS ACCOUNT.,APP,01/20/16

ORG TC- 12/2015, USAA SAVINGS BANK    ,R1,  -  -  ,  3,I,08/2015,002-  -     -      62,              ,      15,    ,  -  -  -  - .
ORG TX-          ,                     ,    ,  -  ,         , 2000,M,                                ,01/2016, ,  -  -  -  - .
UPD TC-        , USAA SAVINGS BANK    ,    ,  -  -  ,  , ,  -043-    -      15,
UPD TX-          ,                     ,    ,  ,         , ,  ,
ORG TP- R -      ,R -                  ,R -
ORG TD- 12/2015,  1944,      62,       232,11/01/2015,    2134,   2000,       ,18,                   -  -  -  - .
        11/2015,  2134,     101,           ,09/01/2015,    2134,   2000,    131,18, ,               -  -  -  - .
        10/2015,  2055,      88,           ,09/01/2015,    2055,   2000,       ,18,  ,              -  -  -  - .
        09/2015,  1597,      43,       200,09/01/2015,    1597,   2000,       ,18,  ,              -  -  -  - .
Comments-VERIFIED BALANCE PER AUTOMATED SOURCE AT 800-531-8722 ,CCH,01/20/16
Maintenance Action: UPDATE This Segment
Historical Data Action: DELETE Historical Data
Consumer Comments-
THE BALANCE OF THIS ITEM HAS BEEN UPDATED.,CCH,01/20/16
HISTORICAL ACCOUNT INFORMATION WAS DELETED FROM THIS ACCOUNT.,APP,01/20/16
```

```
============================================================
= TIMESTAMP: 02-Jun-2017 20:50
= ACIS FUNCTION: AUTO MAINTENANCE
============================================================
****************************************************************************
SCOTT, JAMES, W, ,   SINCE 06/02/2017  FAD 06/02/2017
                          DEERFIELD BEACH FL, 33442, , C, 03/2016, Owns, 06/2017,
              FORT LAUDERDALE FL, 33304, , C, 03/2013, , 06/2017,
              APT 12, FORT LAUDERDALE FL, 33304, , C, 07/2012, , 06/2017,
              BOCA RATON FL, 33428, , C, 01/1998, , 06/2017,
              FORT LAUDERDALE FL, 33309, , C, 05/1999, , 06/2017,
                          DEERFIELD BEACH FL, 33442, , T, 02/2017, , 05/2017,
, ,BDS-      1968, SSN-      5033, ,
--------------------------------------------------------------------------------
Consumer Referral Location-002
        REGION 402 EQUIFAX INFORMATION SERVICES LLC
        1550 PEACHTREE STREET MD H13,ATLANTA,GA,30309,800/685-1111
--------------------------------------------------------------------------------
****************************************************************************
ES-MECHANIC, WES SCOTT CYCLES, , , , , ,


SUM-052001-062017, PR/OI-NO, FB-NO, ACCTS:17, HC-$0-290865, , 11-ONE, 1-THREE, 4-FIVE, 1-NINE


FS- SENTINEL CONSUMER


INQS-SUBJECT SHOWS 15 INQUIRIES SINCE 03/2017
        ACIS      7136050053  915AA00828  EQUIFAX AUTO MTNC UP  06/02/2017 XX        MTNCUPD
        ACIS      7149000000  447AA00044  EQUIFAX INFORMATION   05/29/2017 FL        AUDCCUPD
        ND        EFX CON SV  401ZC00817  EQUIFAX CONSUMER SER  05/27/2017
        ACIS      7144000000  447AA00044  EQUIFAX INFORMATION   05/24/2017 FL        AUDCCUPD
        ACIS      7136000000  915AA00018  EQUIFAX               05/16/2017 FL        REVIEW
        ACIS      7136050053  915AA00018  EQUIFAX               05/16/2017 FL  D      DISPUTE
        AR                    402FZ14395  BBX CAPITAL CORP      05/16/2017
        AR                    243ON00952  CCB/PPC               05/09/2017
        ND        C           915AA01826  EQUIFAX               05/06/2017
        ND                    401AA00923  EQXNCATT              05/05/2017
        AR                    484BB04633  CAPITAL ONE           05/02/2017
        ND        C           915AA01826  EQUIFAX               04/25/2017        ANNUALF
        AR                    636DC27949  MACYS/DSNB            04/25/2017
        ND        TRUECREDIT  180ZC00266  TRUELINK              04/21/2017
        AR                    612BB26663  WF CRD SVC            04/02/2017
        AR                    402FC19154  BRIGHTSTAR CREDIT UN  02/21/2017
        PRM                   151FR21957  UNITED MILITARY MORT  02/07/2017
        CR                    372DZ00170  COMENITYCAPITAL/OVER  12/14/2016
        PRM                   850BB01498  CAPITAL ONE BANK USA  11/29/2016
        CR                    767FP00125  SPRINGLEAF FIN SVCS   08/30/2016
        CR        SOVEREIGN   146ZB13144  ADVANTAGE CREDIT,INC  06/08/2016
        CR        SERVICE FI  243ZB00420  CREDIT PLUS           05/10/2016
        CR        SOVEREIGN   146ZB13144  ADVANTAGE CREDIT,INC  05/04/2016
        CR        SOVEREIGN   146ZB13144  ADVANTAGE CREDIT,INC  04/22/2016
        CR                    458ON07296  CHASE BANK USA, N. A  04/20/2016
        ND                    910UT53030  AT&T SERVICES, INC.   03/21/2016
        CR                    832FP01562  TIDEWATER FINANCE CO  03/20/2016
        ND        FL PWRLGT   910UE01458  FLORIDA POWER & LIGH  03/11/2016
        CR                    164HZ01047  WELLSFARGO FNCL NAT   03/11/2016
        ND                    401AA00923  EQXNCATT              02/24/2016
        CR        LUXE PROPE  180ZB06587  CREDIT PLUS           02/08/2016
        ND MR     CMG MORTGA  243ZB00420  CREDIT PLUS           01/25/2016
        CR        CMG MORTGA  243ZB00420  CREDIT PLUS           01/25/2016
```

```
ND MR      FMAC LENDE  243ZB00420  CREDIT PLUS          01/25/2016
ACIS       6020049727  915AA00828  EQUIFAX AUTO MTNC UP 01/22/2016 FL        MTNCUPD
ACIS       6020048688  915AA00828  EQUIFAX AUTO MTNC UP 01/20/2016 FL        MTNCUPD
ACIS       6020049727  915AA01354  EQUIFAX              01/20/2016 FL        DISPUTE
ACIS       6020048688  915AA01354  EQUIFAX              01/20/2016 FL        DISPUTE
CR         CMG MORTGA  243ZB00420  CREDIT PLUS          01/13/2016
CR         CMG MORTGA  243ZB00420  CREDIT PLUS          01/05/2016
CR         CMG MORTGA  243ZB00420  CREDIT PLUS          12/30/2015
CR         PINNACLE R  682ZB05428  LEASINGDESK          12/29/2015
CR         FCI RESIDE  682ZB05428  LEASINGDESK          12/29/2015
CR         FCI RESIDE  682ZB05428  LEASINGDESK          12/18/2015
CR         FBC MORTGA  180ZB06603  CERTIFIED CREDIT     12/13/2015
CR                     243ON00945  CCB/PPC              10/13/2015
ND                     401AA00923  EQXNCATT             09/04/2015
CR                     650ON10037  USAA FSB CC          08/20/2015
1, ID SCAN: UNABLE TO PERFORM PHONE VALIDATION DUE TO INSUFFICIENT PHONE INPUT
1, ID SCAN: INCOMPLETE SCAN - LIMITED DATA SOURCES AVAILABLE


FIRM/                 RPTD/  OPND/  HI CREDIT CRED LIM/ BAL/    PAST DUE  CS MR ECOA DLP
MORTGAGE ID #         CLOSED MAJ RPT /ACT PAY  SCHD PAY CHRG OFF /TERMS   TP ACT
-------------------------------------------------------------------------------------
360 MORTGAGE GROUP, 062017 072016  290865          289235 4000 M3 8 I 02/2017
                0545                    1796            30Y M 25
       DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI
       03/2017
       BAL AMT    BAL PAY DT  DEF PAY DT CC

                                   ACCT#        8737

       REAL ESTATE MORTGAGE
       VA MORTGAGE
       VARIABLE/ADJUSTABLE RATE

DEROG TRADE HISTORY
05/2017-2 04/2017-1
                SCHED     ACTUAL      LAST      HIGH    CREDIT       PAST    ACCT  ACCT
DATE    BALANCE PMT AMT   PMT AMT   PMT DATE   CREDIT    LIMIT    DUE AMT    TYPE DESIG
05/2017
04/2017  288661    1796            02/2017    290865              2133   25
         VARIABLE/ADJUSTABLE RATE
03/2017  287633    1796     1796  02/2017    290865                     25
         VARIABLE/ADJUSTABLE RATE
02/2017  288097    1796     1610  01/2017    290865                     25
         VARIABLE/ADJUSTABLE RATE
01/2017  288497    1610     1610  12/2016    290865                     25
         VARIABLE/ADJUSTABLE RATE
12/2016  289091    1610     1610  11/2016    290865                     25
         VARIABLE/ADJUSTABLE RATE
11/2016  289683    1610            10/2016    290865                     25
         VARIABLE/ADJUSTABLE RATE
10/2016
09/2016
08/2016
07/2016
06/2016
05/2016
04/2016
03/2016
02/2016
01/2016
12/2015
```

```
11/2015
10/2015
09/2015
08/2015
07/2015
06/2015
--------------------------------------------------------------------------------
AVANT INC 062017 062015  2000          1192 708 I5 20 I 10/2016
                                  0 118          M 01
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR      AUI
        12/2016 O
        BAL AMT    BAL PAY DT  DEF PAY DT CC
                        12
                              ACCT#    ▊572
        REMOVES COMPLIANCE CONDITION CODES
        UNSECURED
        180 DAYS OR MORE PAST DUE

DEROG TRADE HISTORY
05/2017-6 04/2017-5 03/2017-4 02/2017-3 01/2017-2 12/2016-1
                   SCHED    ACTUAL      LAST    HIGH    CREDIT      PAST    ACCT  ACCT
DATE    BALANCE  PMT AMT   PMT AMT   PMT DATE  CREDIT   LIMIT    DUE AMT  TYPE DESIG
05/2017
04/2017
03/2017     1093     118             10/2016   2000               472  01
        120 DAYS PAST DUE
02/2017     1043     118             10/2016   2000               354  01
01/2017      995     118             10/2016   2000               236  01
12/2016      920     118             10/2016   2000               118  01
11/2016
10/2016      845     118       118   10/2016   2000                    01
09/2016      937     118       118   09/2016   2000                    01
08/2016     1026     118       118   08/2016   2000                    01
07/2016     1112     118       118   07/2016   2000                    01
06/2016     1196     118       118   06/2016   2000                    01
05/2016     1278     118       118   05/2016   2000                    01
04/2016     1357     118       118   04/2016   2000                    01
03/2016     1435     118       118   03/2016   2000                    01
02/2016
01/2016     1584     118       118   01/2016   2000                    01
12/2015     1654     118       118   12/2015   2000                    01
11/2015     1722     118       118   11/2015   2000                    01
10/2015     1789     118       118   10/2015   2000                    01
09/2015     1853     118       118   09/2015   2000                    01
08/2015     1917     118       118   08/2015   2000                    01
07/2015     1977     118       118   07/2015   2000                    01
06/2015
--------------------------------------------------------------------------------
 BRIGHTSTAR CU 052017 012015  507 500            R1 28 I 05/2017
                            40 10          M 2A
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR      AUI
        05/2017  *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#    ▊1374
        SECURED CREDIT CARD

DEROG TRADE HISTORY
11/2015-1
                   SCHED    ACTUAL      LAST    HIGH    CREDIT      PAST   ACCT  ACCT
```

| DATE | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT | TYPE DESIG |
|------|---------|---------|---------|----------|--------|-------|---------|-----------|
| 05/2017 | | | | | | | | |
| 04/2017 | | | | | | | | |
| 03/2017 | 504 | 15 | 60 | 03/2017 | 507 | 500 | 2A | |
| 02/2017 | 502 | 23 | | 01/2017 | 507 | 500 | 2A | |
| 01/2017 | 492 | 10 | 22 | 01/2017 | 507 | 500 | 2A | |
| 12/2016 | 501 | 22 | | 11/2016 | 507 | 500 | 2A | |
| 11/2016 | 497 | 10 | 120 | 11/2016 | 507 | 500 | 2A | |
| 10/2016 | 426 | | 60 | 10/2016 | 507 | 500 | 2A | |
| 09/2016 | 483 | 10 | 20 | 09/2016 | 507 | 500 | 2A | |
| 08/2016 | 486 | 10 | | 07/2016 | 507 | 500 | 2A | |
| 07/2016 | 442 | | 100 | 07/2016 | 507 | 500 | 2A | |
| 06/2016 | 471 | 20 | | 04/2016 | 507 | 500 | 2A | |
| 05/2016 | 375 | 10 | | 04/2016 | 507 | 500 | 2A | |
| 04/2016 | 373 | | 84 | 04/2016 | 507 | 500 | 2A | |
| 03/2016 | 454 | 10 | 4 | 03/2016 | 507 | 500 | 2A | |
| 02/2016 | 4 | 4 | | 01/2016 | 507 | 500 | 2A | |
| 01/2016 | | | | | | | | |
| 12/2015 | | | | | | | | |
| 11/2015 | | | | | | | | |
| 10/2015 | | | | | | | | |
| 09/2015 | | | | | | | | |
| 08/2015 | | | | | | | | |
| 07/2015 | | | | | | | | |
| 06/2015 | | | | | | | | |

```
-----------------------------------------------------------------------------
BRIGHTSTAR CU 012016 012015  507 500                  R1 11 I 01/2016
                                 800                     M 2A
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR       AUI
        01/2016
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                 ACCT#          0149
        REMOVES COMPLIANCE CONDITION CODES
        SECURED CREDIT CARD

DEROG TRADE HISTORY
11/2015-1
-----------------------------------------------------------------------------
BRIGHTSTAR CU 022015 122014  0 500                    R1 2 I
                                 01/2015                          M 2A B
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR       AUI
                      *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                 ACCT#          9406
        REMOVES COMPLIANCE CONDITION CODES
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR

-----------------------------------------------------------------------------
CAPITAL ONE BANK USA 052017 122014  474 400           R1 28 I 05/2017
                                 25                    M 18
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR       AUI
        05/2017    *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                 ACCT#          4221
        CREDIT CARD
```

EIS-SCOTT-000020

| DATE | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT TYPE | ACCT DESIG |
|------|---------|---------------|----------------|---------------|-------------|--------------|--------------|-----------|-----------|
| 05/2017 | | | | | | | | | |
| 04/2017 | 406 | 25 | | 04/2017 | 474 | 400 | | 18 | |
| 03/2017 | 406 | 25 | | 03/2017 | 474 | 400 | | 18 | |
| 02/2017 | 474 | 40 | | 12/2016 | 474 | 400 | | 18 | |
| 01/2017 | 402 | 25 | | 12/2016 | 402 | 400 | | 18 | |
| 12/2016 | 334 | 36 | | 11/2016 | 334 | 300 | | 18 | |
| 11/2016 | 303 | 25 | | 11/2016 | 327 | 300 | | 18 | |
| 10/2016 | 248 | 25 | | 09/2016 | 327 | 300 | | 18 | |
| 09/2016 | 262 | 25 | | 09/2016 | 327 | 300 | | 18 | |
| 08/2016 | 271 | 25 | | 08/2016 | 327 | 300 | | 18 | |
| 07/2016 | 199 | 25 | | 07/2016 | 327 | 300 | | 18 | |
| 06/2016 | 294 | 25 | | 05/2016 | 327 | 300 | | 18 | |
| 05/2016 | 225 | 25 | | 04/2016 | 327 | 300 | | 18 | |
| 04/2016 | 260 | 25 | | 03/2016 | 327 | 300 | | 18 | |
| 03/2016 | 0 | | | 03/2016 | 327 | 300 | | 18 | |
| 02/2016 | 43 | 25 | | 01/2016 | 327 | 300 | | 18 | |
| 01/2016 | 2 | 2 | | 01/2016 | 327 | 300 | | 18 | |
| 12/2015 | 268 | 25 | | 11/2015 | 327 | 300 | | 18 | |
| 11/2015 | 325 | 36 | | 09/2015 | 327 | 300 | | 18 | |
| 10/2015 | 295 | 25 | | 09/2015 | 327 | 300 | | 18 | |
| 09/2015 | 0 | | | 09/2015 | 327 | 300 | | 18 | |
| 08/2015 | 87 | 25 | | 08/2015 | 327 | 300 | | 18 | |
| 07/2015 | 307 | 25 | | 07/2015 | 327 | 300 | | 18 | |
| 06/2015 | 199 | 25 | | 06/2015 | 308 | 300 | | 18 | |

```
--------------------------------------------------------------------------------
CARMAX AUTO FINANCE 112014 082004  14110                      I1 65 J 01/2010
                    01/2010      250              62M M 00 B
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
        01/2010
        BAL AMT   BAL PAY DT  DEF PAY DT CC

                            ACCT#    3532

        CONSUMER DISPUTES AFTER RESOLUTION
        CLOSED OR PAID ACCOUNT/ZERO BALANCE


--------------------------------------------------------------------------------
CENLAR FEDERAL SAVIN 062016 032016  265481                    M1 2 I 06/2016
                    06/2016      265684 1822      30Y M 25 B
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
        06/2016   *
        BAL AMT   BAL PAY DT  DEF PAY DT CC

                            ACCT      6095

        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        REAL ESTATE MORTGAGE
        FIXED RATE


--------------------------------------------------------------------------------
CMG MORTGAGE INC 052016 032016  265481                        M1 1 I 03/2016
10007240001657991                  1822          30Y M 25
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
        05/2016   *
        BAL AMT   BAL PAY DT  DEF PAY DT CC

                            ACCT      6095

        REAL ESTATE MORTGAGE
        VA MORTGAGE
        FIXED RATE
```

EIS-SCOTT-000021

```
--------------------------------------------------------------------------------
COMENITYCAPITAL/OVER 052017 122016  377 500                      R1 4 I 03/2017
                                        19                    M 07
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
        05/2017    *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#          0380

        CHARGE


                    SCHED     ACTUAL      LAST      HIGH     CREDIT        PAST    ACCT  ACCT
DATE     BALANCE    PMT AMT   PMT AMT   PMT DATE    CREDIT   LIMIT      DUE AMT    TYPE DESIG
05/2017
04/2017      334        27        50  03/2017       377      500             07
03/2017      377        19                          377      500             07
02/2017      341        27                          341      500             07
01/2017        0                                      0      500             07
12/2016
11/2016
10/2016
09/2016
08/2016
07/2016
06/2016
05/2016
04/2016
03/2016
02/2016
01/2016
12/2015
11/2015
10/2015
09/2015
08/2015
07/2015
06/2015
--------------------------------------------------------------------------------
MACY'S/DSNB 052017 052016  756 600 756 296 R5 11 I 10/2016
                    03/2017                   357              M 07
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
        12/2016
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#          7870
        CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
        CONSUMER DISPUTES THIS ACCOUNT INFORMATION
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2017-4 03/2017-3 02/2017-2 01/2017-1
                    SCHED     ACTUAL      LAST      HIGH     CREDIT        PAST    ACCT  ACCT
DATE     BALANCE    PMT AMT   PMT AMT   PMT DATE    CREDIT   LIMIT      DUE AMT    TYPE DESIG
05/2017
04/2017
03/2017      652        57            10/2016       652      600         179  07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
02/2017      601        55            10/2016       601      600         124  07
01/2017      553        54            10/2016       589      600          70  07
12/2016
```

```
11/2016      467          27            10/2016     589      600            07
10/2016
09/2016      490          27            09/2016     589      600            07
08/2016      524          71            08/2016     589      600            07
07/2016
06/2016      502          68            06/2016     589      600            07
05/2016      237          27                        237      600            07
04/2016
03/2016
02/2016
01/2016
12/2015
11/2015
10/2015
09/2015
08/2015
07/2015
06/2015
-----------------------------------------------------------------------
ONEMAIN 062017 082015  4039                        I1 20 I 05/2017
                                154 154            42M M 20
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR      AUI
        04/2017
        BAL AMT    BAL PAY DT  DEF PAY DT CC
                                    ACCT          7004

DEROG TRADE HISTORY
03/2017-1 02/2017-1 01/2017-1 12/2016-1
                    SCHED      ACTUAL       LAST      HIGH      CREDIT       PAST     ACCT  ACCT
DATE     BALANCE   PMT AMT    PMT AMT    PMT DATE    CREDIT     LIMIT      DUE AMT    TYPE DESIG
05/2017
04/2017
03/2017    3108        154        154   03/2017      4039                     229    20
02/2017    3109        154        154   02/2017      4039                     214    20
01/2017
12/2016    3111        154                10/2016    4039                     308    20
11/2016
10/2016    3111        154        154   10/2016      4039                            20
09/2016    3189        154        154   09/2016      4039                            20
08/2016
07/2016    3336        154        154   07/2016      4039                            20
06/2016    3409        154        154   06/2016      4039                            20
05/2016    3478        154        154   05/2016      4039                            20
04/2016    3547        154        154   04/2016      4039                            20
03/2016    3613        154        154   03/2016      4039                            20
02/2016    3682        154        154   02/2016      4039                            20
01/2016    3745        154        154   01/2016      4039                            20
12/2015    3805        154        154   12/2015      4039                            20
11/2015    3867        154        154   11/2015      4039                            20
10/2015    3925        154        154   10/2015      4039                            20
09/2015    3984        154        154   09/2015      4039                            20
08/2015    4039        154                08/2015    4039                            20
07/2015
06/2015
-----------------------------------------------------------------------
 PIONEER/MAC INC 022016 022013  4000              I1 34 I 01/2016
                        01/2016      551            36M M 01 B
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR      AUI
        01/2016
```

```
       BAL AMT    BAL PAY DT  DEF PAY DT CC
                               ACCT#          0091
       CLOSED OR PAID ACCOUNT/ZERO BALANCE
       UNSECURED

--------------------------------------------------------------------------------
 SYNCB/LOWES 062015 052001  3096 100                 R1 99 I 09/2005
                     03/2009                                   M 07 B
       DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR     AUI
       09/2005   *
       BAL AMT    BAL PAY DT  DEF PAY DT CC

                               ACCT#          4448
       CLOSED OR PAID ACCOUNT/ZERO BALANCE

--------------------------------------------------------------------------------
 TIDEWATER FINANCE CO 062017 032016  1166 2500 881 510 R5 13 I 10/2016
                                      75                       M 07
       DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR     AUI
       12/2016
       BAL AMT    BAL PAY DT  DEF PAY DT CC

                            ACCT#      3391
       CHARGE
       180 DAYS OR MORE PAST DUE

DEROG TRADE HISTORY
03/2017-4 02/2017-2 01/2017-2 12/2016-1
                 SCHED      ACTUAL       LAST      HIGH     CREDIT       PAST    ACCT  ACCT
DATE    BALANCE  PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT   TYPE DESIG
05/2017
04/2017
03/2017     841      75                10/2016    1166     2500       415  07
       120 DAYS PAST DUE
02/2017
01/2017     803      75                10/2016    1166     2500       245  07
12/2016     783      75                10/2016    1166     2500       160  07
11/2016     753      75                10/2016    1166     2500            07
10/2016     753      75                10/2016    1166     2500            07
09/2016     885      75                08/2016    1166     2500            07
08/2016     875      75                08/2016    1166     2500            07
07/2016
06/2016    1025      75                06/2016    1166     2500            07
05/2016
04/2016    1090      75                04/2016    1166     2500            07
03/2016
02/2016
01/2016
12/2015
11/2015
10/2015
09/2015
08/2015
07/2015
06/2015
--------------------------------------------------------------------------------
 USAA SAVINGS BANK 052017 082015  2429 2000 2429 551 R5 20 I 10/2016
                     03/2017                 77               M 18 C
       DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR     AUI
```

```
        12/2016    *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT      ███████7639

        ACCOUNT CLOSED BY CREDIT GRANTOR
        CREDIT CARD
        150 DAYS PAST DUE
```

DEROG TRADE HISTORY
04/2017-4 03/2017-3 02/2017-2 01/2017-1 11/2015-1

| DATE | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT TYPE | ACCT DESIG |
|------|---------|---------------|----------------|---------------|-------------|--------------|--------------|-----------|------------|
| 05/2017 | | | | | | | | | |
| 04/2017 | 2376 | 75 | | 10/2016 | 2376 | 2000 | 476 | 18 | C |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | 120 DAYS PAST DUE | | | | | | | | |
| 03/2017 | 2325 | 108 | | 10/2016 | 2325 | 2000 | 368 | 18 | C |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| 02/2017 | 2241 | 105 | | 10/2016 | 2241 | 2000 | 263 | 18 | |
| 01/2017 | 2158 | 102 | | 10/2016 | 2158 | 2000 | 161 | 18 | |
| 12/2016 | 2078 | 99 | | 10/2016 | 2134 | 2000 | | 18 | |
| 11/2016 | 1939 | 62 | 161 | 10/2016 | 2134 | 2000 | | 18 | |
| 10/2016 | 2057 | 99 | | 09/2016 | 2134 | 2000 | | 18 | |
| 09/2016 | 1950 | 62 | 133 | 09/2016 | 2134 | 2000 | | 18 | |
| 08/2016 | 2037 | 88 | 19 | 07/2016 | 2134 | 2000 | | 18 | |
| 07/2016 | 1988 | 64 | 100 | 07/2016 | 2134 | 2000 | | 18 | |
| 06/2016 | 2044 | 64 | 59 | 05/2016 | 2134 | 2000 | | 18 | |
| 05/2016 | 1925 | 59 | 51 | 05/2016 | 2134 | 2000 | | 18 | |
| 04/2016 | 1652 | 51 | 250 | 04/2016 | 2134 | 2000 | | 18 | |
| 03/2016 | | | | | | | | | |
| 02/2016 | | | | | | | | | |
| 01/2016 | | | | | | | | | |
| 12/2015 | | | | | | | | | |
| 11/2015 | | | | | | | | | |
| 10/2015 | | | | | | | | | |
| 09/2015 | | | | | | | | | |
| 08/2015 | | | | | | | | | |
| 07/2015 | | | | | | | | | |
| 06/2015 | | | | | | | | | |

```
--------------------------------------------------------------------------------
  WELLSFARGO FINANCIAL 052017 032016        5700 1174 1174 R9 14 I 10/2016
                          05/2017     1174 1174     M 07
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR     AUI
        11/2016    *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#     ██████6653

        CONSUMER DISPUTES THIS ACCOUNT INFORMATION
        CHARGED OFF ACCOUNT
```

DEROG TRADE HISTORY
04/2017-5 03/2017-4 02/2017-3 01/2017-2 12/2016-1

| DATE | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT TYPE | ACCT DESIG |
|------|---------|---------------|----------------|---------------|-------------|--------------|--------------|-----------|------------|
| 05/2017 | | | | | | | | | |
| 04/2017 | 1130 | 126 | | 10/2016 | 2026 | 5700 | 737 | 07 | C |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | 150 DAYS PAST DUE | | | | | | | | |
| 03/2017 | 1087 | 125 | | 10/2016 | 2026 | 5700 | 612 | 07 | C |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |

```
        120 DAYS PAST DUE
02/2017      1046       123           10/2016     2026     5700     488  07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
01/2017      1005       123           10/2016     2026     5700     365  07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
12/2016       965       122           10/2016     2026     5700     243  07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
11/2016
10/2016      1010       121    120    09/2016     2026     5700          07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
09/2016      1092       121           08/2016     2026     5700          07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
08/2016      1054       120     83    08/2016     2026     5700          07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
07/2016      1100        83    203    07/2016     2026     5700          07  C
        ACCOUNT CLOSED BY CREDIT GRANTOR
06/2016      1304       120           04/2016     2026     5700          07
05/2016      1267        83    759    04/2016     2026     5700          07
04/2016      2026       110                       2026     5700          07
03/2016      1999        83                       1999     5700          07
02/2016
01/2016
12/2015
11/2015
10/2015
09/2015
08/2015
07/2015
06/2015
----------------------------------------------------------------------------
*********         End Of ACRO FILE         **********
```

MAINTENANCE SHEET SUMMARY

Date Received: 05/13/2017   Date to Mtnc: 06/02/2017   Priority: Other
Consumer: SCOTT, JAMES   Team ID: ITN   Case ID: 7136050053

ORG NM- SCOTT,JAMES,W,,,
UPD NM- SCOTT,JAMES,W,,,
ORG ID- ███ 5033,███ 1968,.
Comments-INQ SAP SENT ,GRX,05/16/17
         SAP SENT CON INVESTIGATION PROCESS ,GRX,05/16/17
         W2 FORM AND ID CARD USED ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG CA- ███████ DEERFIELD BEACH,FL,33442,03/2016,O,       -  -  .
UPD CA- ███████ DEERFIELD BEACH,FL,33442,       ,  ,  -  -  .
Comments-UPDT CA AS PER POL ,GRX,05/16/17
         UPDATE/DELETE PER CONSUMER ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
THE CURRENT ADDRESS HAS BEEN ADDED/UPDATED PER THE INFORMATION YOU HAVE SUPPLIED.,GRX,05/16/17

ORG FA- ███ FORT LAUDERDALE,FL,33309,05/1999, ,  -  -  .
UPD FA- ███ FORT LAUDERDALE,FL,33309,       , ,  -  -  .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG F2- ██████████ DEERFIELD BEACH,FL,33442,02/2017, ,  -  -  .
UPD F2- ██████████ DEERFIELD BEACH,FL,33442,       , ,  -  -  .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG F3- ████████ FORT LAUDERDALE,FL,33304,03/2013, ,  -  -  .
UPD F3- ████████ FORT LAUDERDALE,FL,33304,       , ,  -  -  .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG F4- ██████████ FORT LAUDERDALE,FL,33304,07/2012, ,  -  -  .
UPD F4- ██████████ FORT LAUDERDALE,FL,33304,       , ,  -  -  .
Comments-
Maintenance Action: No Action on This Segment

ORG F5 -                                    BOCA RATON,FL,33428,01/1998 , ,561-470-5462.
UPD F5 -                                    BOCA RATON,FL,33428,      , ,  ,    -    -    .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG ES- MECHANIC,WES SCOTT CYCLES,, ,        ,            ,'
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

EIS-SCOTT-000028

ORG FI- 02/21/2017,,.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
       CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
AM AND AR INQUIRIES INDICATE A PERIODIC REVIEW OF YOUR CREDIT HISTORY BY ONE OF YOUR CREDITORS.,GRX,05/16/17
EQUIFAX, CSC CREDIT SERVICES, ACIS, UPDATE, PRM, AM AND AR INQUIRIES ARE NOT PROVIDED TO PROSPECTIVE CREDIT GRANTORS.,
       GRX,05/16/17
PRM, AR, AND AM INQUIRIES REMAIN ON THE CREDIT FILE FOR 12 MONTHS AND ARE NOT SHARED WITH POTENTIAL CREDIT GRANTORS.,
       GRX,05/16/17

ORG FI- 12/14/2016,99,.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
       CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR.,
       GRX,05/16/17

ORG FI- 08/30/2016,99,.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
       CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR.,
       GRX,05/16/17

ORG FI- 05/10/2016,57,SERVICE FIRST MTG IN.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
       CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR.,
       GRX,05/16/17

ORG FI- 05/04/2016,57,SOVEREIGN LENDING GR.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
       CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR.,
       GRX,05/16/17

ORG FI- 04/22/2016,57,SOVEREIGN LENDING GR.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
       CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment

EIS-SCOTT-000029

GRX,05/16/17

ORG FI- 04/20/2016,99,.,
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
        CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR.,
        GRX,05/16/17

EIS-SCOTT-000030

ORG FI- 03/20/2016,99,.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
          CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED,  PLEASE CONTACT THE CREDITOR.,
          GRX,05/16/17

ORG FI- 01/25/2016,57,CMG MORTGAGE INC - P.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
          CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED,  PLEASE CONTACT THE CREDITOR.,
          GRX,05/16/17

ORG FI- 01/13/2016,57,CMG MORTGAGE INC - P.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
          CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED,  PLEASE CONTACT THE CREDITOR.,
          GRX,05/16/17

ORG FI- 01/05/2016,57,CMG MORTGAGE INC - P.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
          CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED,  PLEASE CONTACT THE CREDITOR.,
          GRX,05/16/17

ORG FI- 12/30/2015,57,CMG MORTGAGE INC - P.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
          CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED,  PLEASE CONTACT THE CREDITOR.,
          GRX,05/16/17

ORG FI- 12/29/2015,15,FCI RESIDENTIAL CORP.
Comments-NOT HIS/HERS.   PROVIDE COMPLETE ID ,GRX,05/16/17
          CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED,  PLEASE CONTACT THE CREDITOR.,
          GRX,05/16/17

EIS-SCOTT-000031

```
        CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS.  IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR.,
        GRX,05/16/17

ORG FI- 12/18/2015,15,FCI RESIDENTIAL CORP.
Comments-NOT HIS/HERS.  PROVIDE COMPLETE ID ,GRX,05/16/17
        CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
```

EIS-SCOTT-000032

Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS. IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR. , GRX,05/16/17

ORG FI- 12/13/2015,57,FBC MORTGAGE - CC.
Comments-NOT HIS/HERS.  PROVIDE COMPLETE ID ,GRX,05/16/17
    CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS. IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR. , GRX,05/16/17

ORG FI- 10/13/2015,99,.
Comments-NOT HIS/HERS.  PROVIDE COMPLETE ID ,GRX,05/16/17
    CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS. IF YOU BELIEVE THIS WAS UNAUTHORIZED, PLEASE CONTACT THE CREDITOR. , GRX,05/16/17

ORG FI- 01/25/2016,50,CMG MORTGAGE INC.
Comments-NOT HIS/HERS.  PROVIDE COMPLETE ID ,GRX,05/16/17
    CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
ND INQUIRIES ARE KNOWN AS SOFT INQUIRIES AND ARE NOT SEEN BY THE CREDITORS. THEY WOULD INDICATE THAT THE CONSUMER,
    GRX,05/16/17
HAD INITIATED CONTACT WITH EQUIFAX.,GRX,05/16/17

ORG FI- 01/25/2016,50,FMAC LENDER REISS.
Comments-NOT HIS/HERS.  PROVIDE COMPLETE ID ,GRX,05/16/17
    CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
ND INQUIRIES ARE KNOWN AS SOFT INQUIRIES AND ARE NOT SEEN BY THE CREDITORS. THEY WOULD INDICATE THAT THE CONSUMER,
    GRX,05/16/17
HAD INITIATED CONTACT WITH EQUIFAX.,GRX,05/16/17

ORG TC- 05/2017, 360 MORTGAGE GROUP, ,M3, , - , - , 8,.I,07/2016,127-151-133- , , 290865, 289235, 30Y, ,02/2017
ORG TX- , , , , , , ,M, , 1796, ,02/2017,25,
UPD TC- , 360 MORTGAGE GROUP, , , , - , - , , , ,
UPD TX- , , , , , - , , ,
ORG TP- M - , ,M - , , , , , ,
ORG TD- 04/2017, 288661, 1796, ,02/01/2017, 290865, 2133,25, ,133-
    03/2017, 287633, 1796, 1796,02/01/2017, 290865, ,25, ,133-
    02/2017, 288097, 1796, 1610,01/01/2017, 290865, ,25, ,133-
    01/2017, 288497, 1610, 1610,12/01/2016, 290865, ,25, ,133-
    12/2016, 289091, 1610, 1610,11/01/2016, 290865, ,25, ,133-

D545,

EIS-SCOTT-000033

```
     VER SAME LNM, FNM, MNM, CA, SSN, DOB ,EOS,05/29/17
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU.,EOS,05/29/17
WE HAVE VERIFIED THAT THIS ITEM HAS BEEN REPORTED CORRECTLY.,EOS,05/29/17
Credit Grantor Response: Segment verified as reported

ORG TC- 03/2017, AVANT INC      ,I5,  -  - ,20,I,06/2015,238-262-  -      ,        2000,     1093, 24M,     ,10/2016
ORG TX-          ,         ,      ,    ,    ,M,          118,                     ,10/2016,01, ,   ,10/2016
UPD TC-       , AVANT INC      ,I5,  -  - ,  , ,           ,169-238-264-***,       2000,     1192,24  ,
```

EIS-SCOTT-000034

```
UPD TX-                    ,          ,       ,          ,M,            118,              0,10/2016,01, ,      ,O
ORG TP- I  -          , I -       , I -
UPD TP- I6-05/2017,I5-04/2017,I4-03/2017,I3-02/2017,I2-01/2017,I1-12/2016,I0-11/2016,I0-10/2016,I0-09/2016,I0-08/2016,I0-07/2
        I0-05/2016,I0-04/2016,I0-03/2016,I0-02/2016,I0-01/2016,I0-12/2015,I0-11/2015,I0-10/2015,I0-09/2015,I0-08/2015,I0-07/2
ORG TD- 03/2017,    118,    1093,       ,10/01/2016,    2000,          ,      472,01, ,262-
        02/2017,    118,    1043,       ,10/01/2016,    2000,          ,      354,01, ,    -
        01/2017,    118,     995,       ,10/01/2016,    2000,          ,      236,01, ,    -
        12/2016,    118,     920,       ,10/01/2016,    2000,          ,      118,01, ,    -
        10/2016,    118,     845,    118,10/01/2016,    2000,          ,        ,01, ,    -
        09/2016,    118,     937,    118,09/01/2016,    2000,          ,        ,01, ,    -
        08/2016,    118,    1026,    118,08/01/2016,    2000,          ,        ,01, ,    -
        07/2016,    118,    1112,    118,07/01/2016,    2000,          ,        ,01, ,    -
        06/2016,    118,    1196,    118,06/01/2016,    2000,          ,        ,01, ,    -
        05/2016,    118,    1278,    118,05/01/2016,    2000,          ,        ,01, ,    -
        04/2016,    118,    1357,    118,04/01/2016,    2000,          ,        ,01, ,    -
        03/2016,    118,    1435,    118,03/01/2016,    2000,          ,        ,01, ,    -
        01/2016,    118,    1584,    118,01/01/2016,    2000,          ,        ,01, ,    -
        12/2015,    118,    1654,    118,12/01/2015,    2000,          ,        ,01, ,    -
        11/2015,    118,    1722,    118,11/01/2015,    2000,          ,        ,01, ,    -
        10/2015,    118,    1789,    118,10/01/2015,    2000,          ,        ,01, ,    -
        09/2015,    118,    1853,    118,09/01/2015,    2000,          ,        ,01, ,    -
        08/2015,    118,    1917,    118,08/01/2015,    2000,          ,        ,01, ,    -
        07/2015,    118,    1977,    118,07/01/2015,    2000,          ,        ,01, ,    -
Comments-CONSUMER STATES INACCURATE INFORMATION. VERIFY COMPLETE ID AND ACCOUNT INF...  ,GRX,05/16/17
        VER SAME LNM, FNM, SSN, DOB  ,EOS,06/02/17
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU.,EOS,06/02/17
ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM.  ,EOS,06/02/17
Credit Grantor Response: Segment verified as reported

ORG TC- 04/2017, MACY'S/DSNB        ,R5,    -     ,11,I,05/2016,065-229-262-          ,        703,          703,        ,
ORG TX-                                                    600,M,                59,            ,10/2016,07,C,
UPD TC-        , MACY'S/DSNB         ,                -       ,         -            ,                        ,
UPD TX-
ORG TP- R  -          ,R  -
ORG TD- 03/2017,     652,     57,       ,10/01/2016,     652,          ,             ,        179,07,C,065-
        02/2017,     601,     55,       ,10/01/2016,     601,          ,             ,        124,07, ,    -
        01/2017,     553,     54,       ,10/01/2016,     589,          ,             ,         70,07, ,    -
        11/2016,     467,     27,       ,10/01/2016,     589,          ,             ,           ,07, ,    -
        09/2016,     490,     27,       ,09/01/2016,     589,          ,             ,           ,07, ,    -
        08/2016,     524,     71,       ,08/01/2016,     589,          ,             ,           ,07, ,    -
        06/2016,     502,     68,       ,06/01/2016,     589,          ,             ,           ,07, ,    -
        05/2016,     237,     27,       ,--/--/----,     237,          ,             ,           ,07, ,    -
!!WARNING!!  Segment has been sent to No Action with updated field(s).  Please verify.
Comments-CLAIMS ACCOUNT CLOSED BY CONSUMER.  VERIFY COMPLIANCE CONDITION CODE, ACCOU...  ,GRX,05/16/17
        CONSUMER COMMUNICATION SENT  ,GRX,05/16/17
Maintenance Action: No Action on This Segment
```

EIS-SCOTT-000035

ORG TC- 04/2017, ONEMAIN                            ,I1,  -  -  ,20,I,08/2015,   -    -    -    - ,    4039,       3068, 42M,           ,04/2017,
ORG TX-         ,                                                                        ,M,    -       154,   154,04/2017,20, ,
UPD TC-         , ONEMAIN                           ,I1,  -  -  ,  ,I,        ,***-***-***-***,            ,        306,           ,05/2017,
UPD TX-         ,                                           .                 ,  ,           ,           ,05/2017, , .
ORG TP- I -                                                    .
ORG TD- 03/2017,  3108,   154,  154,03/01/2017,  4039,         ,        229,20, ,        -   -   -   .
        02/2017,  3109,   154,  154,02/01/2017,  4039,         ,        214,20, ,        -   -   -   .
        12/2016,  3111,   154,  154,10/01/2016,  4039,         ,        308,20, ,        -   -   -   .
        10/2016,  3111,   154,  154,10/01/2016,  4039,         ,         ,20, ,        -   -   -   .

EIS-SCOTT-000036

```
09/2016,  3189,  154, 09/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
07/2016,  3336,  154, 07/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
06/2016,  3409,  154, 06/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
05/2016,  3478,  154, 05/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
04/2016,  3547,  154, 04/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
03/2016,  3613,  154, 03/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
02/2016,  3682,  154, 02/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
01/2016,  3745,  154, 01/01/2016, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
12/2015,  3805,  154, 12/01/2015, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
11/2015,  3867,  154, 11/01/2015, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
10/2015,  3925,  154, 10/01/2015, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
09/2015,  3984,  154, 09/01/2015, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
08/2015,  4039,  154, 08/01/2015, 4039,     ,   ,  ,20, ,  ,  ,  - ,  - ,
Comments-CONSUMER STATES INACCURATE INFORMATION.  VERIFY COMPLETE ID AND ACCOUNT INF... ,GRX,05/16/17
        VER SAME LNM, FNM, SSN, DOB  ,EOS,06/02/17
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU. ,EOS,06/02/17
ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM.  ,EOS,06/02/17
Credit Grantor Response: Segment verified as reported

ORG TC- 06/2015, SYNCB/LOWES            ,R1,  - ,  99,I,05/2001,158-   -      3096,       0,  , ,09/2005,
ORG TX-                                          100,M,   - ,  ,  ,  ,09/2005,07,B,
UPD TC-   , SYNCB/LOWES
UPD TX-                                 , - ,  - ,  - ,    ,   ,   , ,  ,
ORG TP- R  -     ,R  -
ORG TX- R  -     ,R  -
!!WARNING!! Segment has been sent to No Action with updated field(s).  Please verify.
Comments-CLAIMS ACCOUNT CLOSED BY CONSUMER.  VERIFY COMPLIANCE CONDITION CODE, ACCOU... ,GRX,05/16/17
        CONSUMER COMMUNICATION SENT  ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS ACCOUNT IS CURRENTLY REPORTING AS CLOSED. ,GRX,05/16/17

ORG TC- 04/2017, TIDEWATER FINANCE CO,R5,  - ,  13,I,03/2016,229-262-   -      1166,     861,  ,10/2016,
ORG TX-                                         2500,M,   - ,75, ,10/2016,07, ,
UPD TC-   , TIDEWATER FINANCE CO,R5,  - ,229-264-***-***,
UPD TX-                                 , - ,  - ,   881,  ,10/2016,
ORG TP- R  -     ,R  -
ORG TD- 03/2017,   841,  75, 10/01/2016, 1166, 2500, 415,07, ,262- ,
        01/2017,   803,  75, 10/01/2016, 1166, 2500, 245,07, , - ,
        12/2016,   783,  75, 10/01/2016, 1166, 2500, 160,07, , - ,
        11/2016,   753,  75, 10/01/2016, 1166, 2500,    ,07, , - ,
        10/2016,   753,  75, 10/01/2016, 1166, 2500,    ,07, , - ,
        09/2016,   885,  75, 08/01/2016, 1166, 2500,    ,07, , - ,
        08/2016,   875,  75, 08/01/2016, 1166, 2500,    ,07, , - ,
        06/2016,  1025,  75, 06/01/2016, 1166, 2500,    ,07, , - ,
        04/2016,  1090,  75, 04/01/2016, 1166, 2500,    ,07, , - ,
Comments-CONSUMER STATES INACCURATE INFORMATION.  VERIFY COMPLETE ID AND ACCOUNT INF... ,GRX,05/16/17
```

Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU.,EOS,06/02/17
ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. ,EOS,06/02/17
Credit Grantor Response: Segment verified as reported

```
ORG TC- 04/2017, USAA SAVINGS BANK    ,R5, -  - ,19,I,08/2015,065-002-262-   ,      2376,      2376,    ,   ,10/2016
ORG TX-        ,                       ,     -   2000,M,       ,      75,       ,          ,10/2016,18,C,
UPD TC-        , USAA SAVINGS BANK     -  -  -  -          ,       ,         ,            ,        ,   ,
UPD TX-        ,   ,  ,  ,  , ,   ,    ,     ,   ,  ,  ,     ,    ,  ,   ,    ,
ORG TP- R -    ,R -                    .
```

EIS-SCOTT-000038

```
ORG  TD- 04/2017,   2376,      75,         ,10/01/2016,   2376,   2000,   476,18,C,065-262-   ,       ,       .
         03/2017,   2325,     108,         ,10/01/2016,   2325,   2000,   368,18,C,065-       ,       ,       .
         02/2017,   2241,     105,         ,10/01/2016,   2241,   2000,   263,18, ,           ,       ,       .
         01/2017,   2158,     102,         ,10/01/2016,   2158,   2000,   161,18, ,           ,       ,       .
         12/2016,   2078,      99,         ,10/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         11/2016,   1939,      62,      161,10/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         10/2016,   2057,      99,         ,09/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         09/2016,   1950,      62,      133,09/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         08/2016,   2037,      88,       19,07/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         07/2016,   1988,      64,      100,07/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         06/2016,   2044,      64,       59,05/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         05/2016,   1925,      59,       51,05/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
         04/2016,   1652,      51,      250,04/01/2016,   2134,   2000,      ,18, ,           ,       ,       .
```

!!WARNING!!  Segment has been sent to No Action with updated field(s).  Please verify.
Comments-CLAIMS ACCOUNT CLOSED BY CONSUMER.  VERIFY COMPLIANCE CONDITION CODE, ACCOU...   ,GRX,05/16/17
         CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS ACCOUNT IS CURRENTLY REPORTING AS CLOSED. ,GRX,05/16/17

```
ORG  TC- 04/2017, WELLSFARGO FINANCIAL,RS, -         ,13,I,03/2016,065-229-263-   ,         ,   2026,        1130,     ,       ,10/2016,
ORG  TX-                                             -         5700,M,               ,   126,           ,10/2016,07,C,              ,
UPD  TC-       , WELLSFARGO FINANCIAL,  ,  -         -        -     -                     -          -                               ,
UPD  TX-       ,                        ,            -        -     -                     -          -                               .
ORG  TP- R  -           ,  ,R -     .
ORG  TD- 04/2017,   1130,     126,         ,10/01/2016,   2026,   5700,   737,07,C,065-263-   ,       ,       .
         03/2017,   1087,     125,         ,10/01/2016,   2026,   5700,   612,07,C,065-262-   ,       ,       .
         02/2017,   1046,     123,         ,10/01/2016,   2026,   5700,   488,07,C,065-       ,       ,       .
         01/2017,   1005,     123,         ,10/01/2016,   2026,   5700,   365,07,C,065-       ,       ,       .
         12/2016,    965,     122,         ,10/01/2016,   2026,   5700,   243,07,C,065-       ,       ,       .
         10/2016,   1010,     121,      120,09/01/2016,   2026,   5700,      ,07,C,065-       ,       ,       .
         09/2016,   1092,     121,         ,08/01/2016,   2026,   5700,      ,07,C,065-       ,       ,       .
         08/2016,   1054,     120,       83,08/01/2016,   2026,   5700,      ,07,C,065-       ,       ,       .
         07/2016,   1100,      83,      203,07/01/2016,   2026,   5700,      ,07,C,065-       ,       ,       .
         06/2016,   1304,     120,         ,04/01/2016,   2026,   5700,      ,07, ,           ,       ,       .
         05/2016,   1267,      83,      759,04/01/2016,   2026,   5700,      ,07, ,           ,       ,       .
         04/2016,   2026,     110,         ,--/--/----,   2026,   5700,      ,07, ,           ,       ,       .
         03/2016,   1999,      83,         ,--/--/----,   1999,   5700,      ,07, ,           ,       ,       .
```

!!WARNING!!  Segment has been sent to No Action with updated field(s).  Please verify.
Comments-CLAIMS ACCOUNT CLOSED BY CONSUMER.  VERIFY COMPLIANCE CONDITION CODE, ACCOU...   ,GRX,05/16/17
         CONSUMER COMMUNICATION SENT ,GRX,05/16/17
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS ACCOUNT IS CURRENTLY REPORTING AS CLOSED. ,GRX,05/16/17

Consumer Case Comments-
ONCE AN ACCOUNT HAS BEEN OPENED, THE ACCOUNT MAY APPEAR ON THE CREDIT FILE FOR 7 YEARS FROM THE DATE OF FIRST,
         GRX,05/16/17

GRX, 05/16/17

EIS-SCOTT-000040