UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-60178-ALTONAGA/SELTZER

JAMES W. SCOTT,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.,*

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court upon Defendants Trans Union LLC, Equifax Information Services, LLC, Equifax, Inc., and Experian Information Solutions, Inc.'s Motion to Dismiss Second Amended Complaint ("the Motion"). Having considered the briefs and other written submissions in support of and in opposition to the Motion, and being fully advised of the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** and the Second Amended Complaint is dismissed with prejudice.

**DONE AND ORDERED** in Miami, Florida, this _____ day of _____.

                                                                                               _____
                                                                                               CECILIA M. ALTONAGA
                                                                                               UNITED STATES DISTRICT JUDGE