**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JAMES W SCOTT**
    *Plaintiff.*

**CASE 18-CV-60178-ALTONAGA/SELTZER**

**vs**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.; TRANS UNION**
**LLC; EQUIFAX, INC.; EQUIFAX**
**INFORMATION SERVICES, LLC**
    *Defendants*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Southern District of Florida Local Rule 7.1.A.3, Plaintiff hereby files its Unopposed Motion for Extension of Time to Respond to the Defendant's Motion to Dismiss, and in support thereof states as follows:

1. On or about July 12, 2018, Plaintiff filed a Second Amended complaint in this court.

2. Defendants filed a Motion to Dismiss (12.(b)(6) on July 27, 2018.

3. Plaintiff is a Pro Se without the assistance of Paralegals or any professional legal team.

4. The response to the Motion to Dismiss is dated for August 10, 2018.

5. Plaintiff seeks an extension of time to adequately investigate and properly respond to the Defendant's Motion to Dismiss up to and including August 24, 2018.

6. Defendants have indicated that they are not in opposition to extending the time for Plaintiff to respond to their joint Motion to Dismiss up through and including August 24, 2018.

1 | P a g e

7. This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

**Wherefore**, Plaintiff respectfully requests the Court to enter an Order granting an extension of time for Plaintiff to respond to the Motion to Dismiss up to and including August 24, 2018.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned Plaintiff certifies that he has conferred with Defendants in a good faith effort to resolve the issues in this motion and the Defendants have indicated that they do not oppose the relief requested.

Dated: August 6, 2018

                                          Respectfully Submitted By,
                                          James W Scott
                                          3457 Deercreek Palladian Circle
                                          Deerfield Beach, Fl 33442
                                          954-540-0408 / Cell
                                          Jwsscott777@gmail.com

_/s/ James W Scott_

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendants.

                                                          _/s/_
                                                          James W Scott

## SERVICE LIST

Franklin G. Cosmen, Jr.
Quintairos, Prieto, Wood & Bower P.A.
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: 305-670-1101
Email: fcosmen@qpwblaw.com
Counsel for Trans Union

John Anthony Love
King & Spalding
1180 Peachtree Street NE
Atlanta, GA 30309
404-572-4600
tlove@kslaw.com
Counsel for Equifax

Erika S. Handleson
Florida Bar No. 91133
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
ewhyte@jonesday.com
*Counsel for Defendant
Experian Information Solutions, Inc.*