UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-60178-ALTONAGA/SELTZER

JAMES W. SCOTT,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.,*

      Defendants.
_____/

## NOTICE OF SETTLEMENT OF ENTIRE CASE

**PLEASE TAKE NOTICE** that Plaintiff James W. Scott ("Plaintiff"), and Defendants Experian Information Solutions, Inc., Equifax Inc., Equifax Information Services LLC, and Trans Union LLC (collectively, "Defendants"), have reached an agreement on all material terms required to settle all of Plaintiff's claims against Defendants pending in this action.

The parties anticipate that the performance of the terms of the respective settlement agreements will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with Prejudice of the claims asserted against Defendants. Each of the parties shall bear their own fees and costs.

Dated: September 7, 2018            Respectfully submitted,

                                                      */s/ James W. Scott (by permission)*
                                                      James W. Scott
                                                      3457 Deercreek Palladian Circle
                                                      Deerfield Beach, FL  33442
                                                      Telephone:  +1.954.540.0408
                                                      E-mail:     Jwsscott777@gmail.com

                                                      *Pro Se Plaintiff*

Dated: September 7, 2018 Respectfully submitted,

*s/ Erika S. Whyte*
Erika S. Whyte
Florida Bar No. 91133
JONES DAY
600 Brickell Avenue
Suite 3300
Miami, FL  33131
Telephone:    +1.305.714.9700
Facsimile:     +1.305.714.9799
E-mail:          ewhyte@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Dated: September 7, 2018 Respectfully submitted,

*s/ J. Anthony Love*
J. Anthony Love
Florida Bar No. 67224
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone:    +1.404.572.4600
Facsimile:     +1.404.572.5100
E-mail:          tlove@kslaw.com

*Attorneys for Defendants*
*Equifax Inc. & Equifax Information Services LLC*

Dated: September 7, 2018                                Respectfully submitted,


                                                        */s Franklin G. Cosmen, Jr.*
                                                        Franklin G. Cosmen, Jr.
                                                        Florida Bar No. 89214
                                                        QUINTAIROS, PRIETO, WOOD &
                                                        BOYER P.A.
                                                        9300 S. Dadeland Blvd., 4th Floor
                                                        Miami, FL  33156
                                                        Telephone:    +1.305.670.1101
                                                        Facsimile:    +1.305.670.1161
                                                        E-mail:       fcosmen@qpwblaw.com

                                                        *Attorneys for Defendant*
                                                        *Trans Union LLC*

DMSLIBRARY01\32922934.v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that I served a true and correct copy of the foregoing document on all counsel or parties of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.  I further certify that I served a true and correct copy of the foregoing document by mail to the Plaintiff at the following address:

> James W. Scott
> jwsscott777@gmail.com
> 3457 Deercreek Palladian Circle
> Deerfield Beach, FL 33442
> Telephone: (954) 540-0408
> *Pro Se Plaintiff*

*/s/ J. Anthony Love*
J. Anthony Love