UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JAMES W SCOTT**  CASE: 18-CV-60178-ALTONAGA/SELTZER

*Plaintiff.*

vs

**EXPERIAN INFORMATION SOLUTIONS, INC. et al.,**

*Defendants*
_____ /

FILED BY _____ D.C.
OCT 26 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF NO SETTLEMENT

COMES NOW the Plaintiff, James W. Scott, and hereby informs the Court that a settlement of the above captioned matter was thought to have been reached between Plaintiff, James W. Scott, and Defendants Experian Information Solutions, Inc. and Trans Union, LLC (Defendants) on September 6, 2018 when the parties filed a Notice of Settlement with the Court. [Doc. 56] Unfortunately the parties have not been able to agree on settlement language as the Defendant's settlement terms have demanded terms that far exceed the scope of just releasing claims under this lawsuit. The Plaintiff, not unwilling to reach an acceptable agreement, expects this case to remain open with the intention of moving forward to trial on the merits.

Respectfully Submitted,

_____
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
Jwsscott777@gmail.com
**954-540-0408 cellphone**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I filed the foregoing with the Clerk of the Court conventionaly. I also certify that the foregoing document is being sent by USPS to the following:

## SERVICE LIST

Franklin G. Cosmen, Jr.
Quintairos, Prieto, Wood & Bower P.A.
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
Telephone: 305-670-1101
Email: fcosmen@qpwblaw.com
Counsel for Trans Union


Erika S. Whyte
Florida Bar No. 91133
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
ewhyte@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

Dated: October 26, 2018

James W Scott