UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-60178-ALTONAGA/SELTZER

JAMES W. SCOTT,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

        Defendants.

_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS HEREBY STIPULATED** by and between Plaintiff James W. Scott ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian only in the above-captioned action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Experian shall bear his and its own attorneys' fees and costs incurred herein.

Dated: October 29, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ James W. Scott | *s/ Erika S. Whyte* |
| James W. Scott | Erika S. Whyte |
| 3457 Deercreek Palladian Circle | Florida Bar No. 91133 |
| Deerfield Beach, FL 33442 | JONES DAY |
| Telephone: +1.954.540.0408 | 600 Brickell Avenue, Suite 3300 |
| E-mail: Jwsscott777@gmail.com | Miami, FL 33131 |
| *Pro Se Plaintiff* | Telephone: +1.305.714.9700 |
| | Facsimile: +1.305.714.9799 |
| | E-mail: ewhyte@jonesday.com |
| | *Attorneys for Defendant* |
| | *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF. I also certify that I served a true and correct copy of the foregoing document on all counsel or parties of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that I served a true and correct copy of the foregoing document by mail to the Plaintiff at the following address:

James W. Scott
jwsscott777@gmail.com
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
Telephone: (954) 540-0408
*Pro Se Plaintiff*

/s/ *Erika S. Whyte*
Erika S. Whyte