UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-60178-ALTONAGA/Seltzer

**JAMES W. SCOTT**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on Plaintiff, James W. Scott's Motion for Order of Dismissal with Prejudice [ECF No. 63], filed November 30, 2018. Plaintiff seeks an order dismissing the action against Defendant, Experian Information Solutions, Inc. (*See generally id.*). Given the parties have already filed a Stipulation for Dismissal With Prejudice of Defendant Experian Information Solutions, Inc. **[ECF No. 59]**, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 63]** is **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of December, 2018.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record;
        James W. Scott, *pro se*